

## NUMBER 13-10-00049-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

**IGNACIO CISNEROS,** **APPELLANT,**

**v.**

**MARTHA IMELDA CISNEROS,** **APPELLEE.**

---

### On Appeal from the 197th District Court
### of Cameron County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Vela**
**Memorandum Opinion Per Curiam**

Appellant, Ignacio Cisneros, attempted to perfect an appeal from a judgment entered by the 197th District Court of Cameron County, Texas, in cause number 2006-12-5712-C. Judgment in this cause was signed on September 9, 2009. No motion

for new trial was filed.  Pursuant to Texas Rule of Appellate Procedure 26.1, appellant's notice of appeal was due on October 9, 2009, but was not filed until January 20, 2010.

On February 10, 2010, the Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this Court's letter, the appeal would be dismissed. To date, no response has been received from appellant.

The Court, having examined and fully considered the documents on file, appellant's failure to timely perfect his appeal, and appellant's failure to respond to this Court's notice, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is hereby DISMISSED FOR WANT OF JURISDICTION.  *See* TEX. R. APP. P. 42.3(a)(c).

PER CURIAM

Delivered and filed the
18th day of March, 2010.